IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MATTHEW TWIST AND ROBERT TWIST, | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| CATHERINE NORQUEST, | § | |
| MARIO SALINAS, DAVID TORRES, | § | |
| JAIMES CHAVANA, GREGORY GARCIA, | § | |
| CARMEN GONZALEZ, CIRO TREVINO, | § | |
| RAFAEL GARZA, ALFREDO LARA, | § | CIVIL ACTION NO. M-06-313 |
| FERNANDO TANGUMA, | § | |
| RAUL SALAZAR, | § | |
| OMAR PALACIOS, MELBA GONZALEZ | § | |
| RUBEN GONZALEZ, AND SEVERAL | § | |
| UNKNOWN JOHN DOE EMPLOYEES | § | |
| OF THE EDINBURG CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND OF THE HIDALGO COUNTY | § | |
| SHERIFF'S OFFICE AND HIDALGO | § | |
| COUNTY SHERIFF, HENRY ESCALON | § | |
| AND HIS SUCESSOR | § | |
| GUADALUPE TREVINO, AND | | |
| J.L. SALINAS | § | |
| Defendants | § | |

**PLAINTIFF'S INITIAL DISCLOSURES**

TO : Catherine Norquest-Vasquez, Defendant, through her attorneys of record:

>Hon. Robert L. Galligan
>Jones, Galligan, Key, & Lozano, L.L.P.
>P.O. Drawer 8041
>Weslaco, TX  78599-9402
>Telephone: (956) 968-5402
>Telefax:     (956) 969-9402

>Hon. Roger W. Hughes
>Adams & Graham
>222 E. Van Buren, West Tower
>P.O. Drawer 1429
>Harlingen, TX 78551
>Telephone: (956) 428-7495
>Telefax:     (956) 428-2954

TO: School District Employees, Defendants, by and through their attorney of record:

>Hon. Ricardo R. Reyna
>Brock Person Guerra Reyna
>1506 Bexar Crossing
>San Antonio, TX 78232-1587
>Telephone: (210) 979-0100
>Telefax: (210) 979-7810

TO: Sheriffs and sheriff deputy Defendants, by and through their attorney of record:

>Hon. Preston Henrichson
>Hon. Marissa Carranza Hernandez
>Law Office of Preston Henrichson, P.C.
>222 West Cano
>Edinburg, TX 78539
>Telephone: (956) 383-3535
>Telefax:     (956) 383-3585

Plaintiffs Robert Twist and Matthew Twist, makes these initial disclosures as required by Federal Rule of Civil Procedure 26 (a) (1).

### A.   Individual with Discoverable Information

1.	The names, addresses(work and home), and telephone numbers(work and home) of individuals likely to have discoverable information that Plaintiff may use to support their claims or defenses, identifying the subjects of the information, are:

Robert Twist, Plaintiff
Mathew Twist, Plaintiff
c/o Stephen T. Leas, Esquire
Law Offices Of Stephen T. Leas, PLLC
5301 N. McColl Rd.
McAllen, Texas 78504
(956) 618-5327

Stephen T. Leas, Esquire
Law Offices Of Stephen T. Leas, PLLC
5301 N. McColl Rd.
McAllen, Texas 78504
(956) 618-5327
Will testify as to reasonable and necessary attorney fees

Catherine Norquest-Vasquez, Defendant
c/o Robert L. Galligan, Esquire
Jones, Galligan, Key & Lozano, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78596
(956) 968-5402

Hon. Jack Lamar Wolfe
4106 N. 23rd St.
McAllen, TX 78504
(956) 686-1737
Attorney for Catherine Norquest-Vasquez, advised Sheriff's Office that Plaintiff did not wish to pursue criminal complaint against Norquest

Hon Robert L. Galligan
Jones, Galligan, Key & Lozano LLP
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78596
(956) 968-5402
Investigated complaints against Defendant J.L. Salinas on behalf of Edinburg Independent School District

Edinburg Consolidated Indep. School District, Defendant, including the following individuals/employees:

      David Jones, Defendant
      Jaime Chavana, Defendant
      Gregory Garcia, Defendant
      Carmen Gonzalez, Defendant
      Ciro Trevino, Defendant
      Omar Palacios, Defendant
      Melba Gonzalez, Defendant
      Ruben Gonzalez, Defendant
      Mario Salinas, Defendant
      J.L. Salinas, Defendant

c/o Ricardo R. Reyna, Esquire
Greg R. Hokenson, Esquire
BROCK PERSON GUERRA REYNA, P.C.
1506 Bexar Crossing
San Antonio, Texas 78232-1587
(210) 979-0100

Hidalgo County Sheriff's Department, Defendant, including the following individuals/employees:

      Fernando Tanguma, Defendant
      Raul Salazar, Defendant
      Rafael Garza, Defendant
      Alfredo Lara, Defendant
      Henry Escalon, Hidalgo County Sheriff, Defendant
      Guadalupe Trevino, Hidalgo County Sheriff, Defendant

c/o Preston Henrichson, Esquire
Marissa Carranza Hernandez, Esquire
LAW OFFICES OF PRESTON HENRICHSON, P.C.
222 West Cano
Edinburg, Texas 78539
(956) 383-3535

Steven Michael Hopkins, Friend of Mathew Twist
924 E. Rogers Road
Edinburg, Texas
(956) 381-1490- H
(956) 533-0107-M

## B. Relevant Documents & Tangible Things

2.    All copies of, or description by category and location of, all documents, data compilation, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

The statement of Catherine Norquest-Vasquez has been attached to the Plaintiff's pleadings.

## C. Information Related to Calculation of Damages

3.  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

    a.    all economic damages, past and future, to be supplemented

    b.    compensatory damages, past and future, to be determined by the trier of fact, but in an amount of no less than $10,000,000.00

    b.    Punitive damages, to be determined by the trier of fact

    c.    attorney fees, based upon reasonable and necessary fee's at the rate of $250.00 per hour

    d.    Pre-judgment interest at the maximum rate allowed by law;

    e    Post-judgment interest at the maximum rate allowed by law; and

    f.    Court costs and for such other and further relief to which Plaintiff may be justly entitled.

4.  All insurance agreements required to be disclosed are described below:

None.

Respectfully submitted,

LAW OFFICE OF STEPHEN T. LEAS, PLLC
5301 North McColl Road
P.O. Box 2257
McAllen, Texas  78502-2257
Telephone (956) 618-5327
Telecopy (956) 972-0313

By:  */s/ Stephen T. Leas*
      STEPHEN T. LEAS
      State Bar No. 12095255

ATTORNEY FOR PLAINTIFF,
ROBERT HOLEMAN TWIST &
MATTHEW TWIST

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record and interested parties, on February 12, 2007.

*/S/ Stephen T. Leas*
STEPHEN T. LEAS

**Attorney for sheriff deputy Defendants**
Hon. Preston Henrichson
Hon. Marissa Carranza Hernandez
Law Office of Preston Henrichson, P.C.
222 West Cano
Edinburg, TX 78539
Telephone: (956) 383-3535
Telefax:     (956) 383-3585

**Attorney for school district Defendants**
Hon. Ricardo R. Reyna
Brock Person Guerra Reyna
1506 Bexar Crossing
San Antonio, TX 78232-1587
Telephone: (210) 979-0100
Telefax: (210) 979-7810

**Associate Counsel for Defendant Catherine Norquest**
Hon. Roger W. Hughes
Adams & Graham
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551
Telephone: (956) 428-7495
Telefax:     (956) 428-2954

**Associate Counsel for Defendant Catherine Norquest**
Hon. Robert L. Galligan
Jones, Galligan, Key, & Lozano, L.L.P.
P.O. Drawer 8041
Weslaco, TX  78599-9402
Telephone: (956) 968-5402
Telefax:     (956) 969-9402