UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MATTHEW TWIST, *et al*, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. M-06-313 |
| | § § | |
| ALFREDO LARA, *et al*, | § § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED ORIGINAL PETITION

The Court, having taken up and considered the opposed motion of Plaintiffs in the above entitled and numbered action, MATTHEW TWIST and ROBERT TWIST, for leave to file their First Amended Original Petition, and finding that the grounds stated therein are good and sufficient, and that justice requires that the motion be granted;

IT IS THEREFORE ORDERED that Plaintiffs' Opposed Motion for Leave of Court to File First Amended Petition is GRANTED.

Defendants' various motions to dismiss (D.E. Nos. 7, 10, 29) shall be considered by the Court as having been filed as against Plaintiffs' First Amended Petition.

SO ORDERED this 6th day of March, 2007, at McAllen, Texas.

_____
Randy Crane
United States District Judge