UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MATTHEW TWIST, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. M-06-313 |
| § | |
| ALFREDO LARA, *et al*, § | |
| § | |
| Defendants. § | |

## REMAND ORDER

On July 17, 2007, this Court entered an Order (Doc. 93) granting all motions to dismiss filed by the Defendant employees of the Hidalgo County Sheriff's Department and Edinburg Consolidated School District (Docs. 4, 7, 10, 29, 41, 60, 76) and granting in part and denying in part the motions to dismiss filed by Defendant Catherine Norquest-Vasquez (Docs. 4, 41, 72). Final judgment was entered on September 29, 2008 (Doc. 177). It noted that the only claim that remained pending in this cause was Plaintiff Matthew Twist's sexual assault tort claim against Defendant Norquest-Vasquez, and ordered that this cause be remanded unless appeal was taken within 30 days. *Id*. at 2. Appeal was taken (Doc. 179) but dismissed for want of prosecution (Doc. 181).

Accordingly, it is hereby ORDERED that this cause is REMANDED to the 92nd Judicial District Court of Hidalgo County from which it was removed.

SO ORDERED this 11th day of December, 2008, at McAllen, Texas.

_____
Randy Crane
United States District Judge